IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DARRIN FALCON                                                                           PLAINTIFF

v.                               Case No. 4:10-cv-715-DPM

CEM S.A.; MANCHESTER TANK &
EQUIPMENT COMPANY; DOE
CORPORATIONS 3-5; JOHN DOES
1-50; METAL FUSION, INC.; and
YOUNGDO IND. COMPANY LTD.                                                     DEFENDANTS


CEM S.A.                                                                THIRD-PARTY PLAINTIFF

v.

CINCINNATI
INSURANCE COMPANY                                               THIRD-PARTY DEFENDANT


MANCHESTER TANK &
EQUIPMENT COMPANY                                                           CROSS CLAIMANT

v.

CEM S.A.                                                                           CROSS DEFENDANT


ORDER

For the reasons stated on the record at the 7 July 2011 hearing: Falcon's

motion for reconsideration, *Document No. 61*, is denied as moot; CEM S.A.'s

motion for relief, *Document No. 62*, is granted: the depositions of CEM S.A. representatives should proceed as planned and agreed by video conference; CEM S.A.'s motion to stay its cross-claim and compel arbitration, *Document No. 69*, is denied as moot; and CEM S.A. and Manchester's joint motion for resolution, *Document No. 73*, is granted as amended: the evidentiary issues about indemnity are held in abeyance pending the close of discovery. Falcon's oral motion for leave to amend is also granted.  Falcon may amend his complaint by adding Cincinnati Insurance Company and naming either or both of the other potentially responsible parties after the invasive testing is completed.

    So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 July 2011