IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DARRIN FALCON                                                                          PLAINTIFF

v.                              No. 4:10-cv-715-DPM

CEM S.A.; MANCHESTER TANK &
EQUIPMENT COMPANY; DOE
CORPORATION NO. 5; JOHN DOES
1-50; METAL FUSION, INC.;
YOUNGDO IND. COMPANY LTD.;
NINGBO WANAN COMPANY LTD.; and
CINCINNATI INSURANCE COMPANY                                               DEFENDANTS

ORDER

Motions, *Document Nos. 123 & 125*, granted. All claims and cross-claims by and against Defendant YoungDo are dismissed without prejudice. YoungDo is no longer a party to this action.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 Nov. 2011