IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DARRIN FALCON                                                                    PLAINTIFF

v.                              No. 4:10-cv-715-DPM

CEM S.A.; MANCHESTER TANK &
EQUIPMENT COMPANY; DOE
CORPORATIONS 3-5; JOHN DOES
1-50; METAL FUSION, INC.; NINGBO
WANAN COMPANY LTD.; and
CINCINNATI INSURANCE COMPANY                                       DEFENDANTS

ORDER

The parties have informally suggested to the Court that the briefing schedule on motions in limine might need to be compressed. They're right. Here is the schedule:

- Motions in limine due ................... 3 June 2013
- Responses due ....................... 12 June 2013
- Replies due ........................... 18 June 2013

The Court will hold a pre-trial on 27 June 2013 at 1:30 p.m. The current Scheduling Order, *Document No. 153*, is supplemented and amended.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 October 2012