IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DARRIN FALCON     PLAINTIFF

v.     No. 4:10-cv-715-DPM

CEM S.A, d/b/a CEMCO Inc.; MANCHESTER
TANK & EQUIPMENT CO; DOE
CORPORATION No. 5; JOHN DOES 1–50;
METAL FUSION, INC.; YOUNGDO IND
COMPANY LTD.; NINGBO WANAN
COMPANY LTD.; and CINCINNATI
INSURANCE COMPANY     DEFENDANTS


CEM S.A.     THIRD-PARTY PLAINTIFF

v.

THE CINCINNATI INSURANCE CO.     THIRD-PARTY DEFENDANT


MANCHESTER TANK & EQUIPMENT     CROSS CLAIMANTS
CO. *et al.*

v.

CEM S.A. *et al.*     CROSS DEFENDANTS

## JUDGMENT

All claims and cross claims are dismissed with prejudice pursuant to the parties' settlements.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 May 2013